1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO EDWIN LANIER,                    1:09-cv-01192-GSA (PC)

12            Plaintiff,                      ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13        vs.                                 OR PAY FILING FEE WITHIN 45 DAYS

14   F. GONZALEZ, et al.,

15            Defendants.
                                     /
16

17        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

19   pauperis pursuant to 28 U.S.C. § 1915.

20        Accordingly, IT IS HEREBY ORDERED that:

21        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

24   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

25   submit a certified copy of his/her prison trust statement for the six month period immediately

26   preceding the filing of the complaint.

27   /////

28   /////

-1-

1    **Failure to comply with this order will result in a recommendation that this action be**

2    **dismissed.**

3

4         IT IS SO ORDERED.

5         **Dated:    July 15, 2009**                    /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28