# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO EDWIN LANIER,<br><br>    Plaintiff,<br><br>    v.<br><br>F. GONZALEZ, WARDEN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01192-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND  FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Ricardo Edwin Lanier, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 10, 2009.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a claim against Defendants Beckner, Rodriguez, and Papillion for use of excessive force in violation of the Eighth Amendment, arising out of the incident on May 22, 2009.[1]  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007).  Accordingly, it is HEREBY ORDERED that:

1.   Service shall be initiated on the following defendants:

**C/O T. D. BECKNER**

**C/O R. RODRIGUEZ**

---

[1] The other claims and defendants were dismissed from this action for failure to state a claim.

1

**C/O L. E. PAPILLION**[2]

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 10, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed complaint filed July 10, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.


IT IS SO ORDERED.

Dated:   **January 6, 2010**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

---

[2] Since Plaintiff has the defendants' badge numbers, he should include those on the forms to assist the Marshal.